Kenneth M. Gutsch
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, AK 99501
Ph: 907-276-5727
Email: kgutsch@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JASON MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART SUPERCENTER STORE #2074, AKA WALMART INC., AKA WALMART ASSOCIATES, INC., AKA WALMART and COLBY HOLLAND,<br><br>    Defendants. | **NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Case No. 3:22-cv- |

TO:  The United States District Court
    For the District of Alaska

AND TO: Curtis W. Martin
    263 S. Alaska St.
    Palmer, AK 99645

Please accept this as notice that, pursuant to 28 U.S.C. sections 1331, 1332(a)(1), 1441 and 1446, the above defendant, Walmart Super Center Store #2074, AKA Walmart Inc., AKA Walmart Associates, Inc., AKA Walmart ("Walmart"), hereby files this Notice of Removal of the following action: *Jason Martin v. Walmart Supercenter Store #2074, AKA Walmart Inc. Walmart Associates, Inc, AKA Walmart and Colby Holland,* filed in the Superior

Court for the State of Alaska, Third Judicial District at Palmer, Case No. 3PA-22-01165CI. Walmart has filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Palmer that said action has thereby been removed from the Superior Court to this United States District Court. (Ex. A)

The grounds for removal are as follows: Complete diversity of citizenship. 28 U.S.C. 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska. Walmart is a Delaware corporation whose principal place of business is in Arkansas. Defendant Colby Holland has not been served[1] and Mr. Holland was not employed at store #2074 until September 7, 2021 - approximately 18 months after the subject March 10, 2020, alleged slip and fall incident at issue in this case.[2] Accordingly, Mr. Holland's citizenship should not be considered in assessing the court's diversity of citizenship jurisdiction.[3]

Plaintiff's complaint seeks damages of $100,000 or more.

This removal is being filed within thirty (30) days after service of the complaint on June 6, 2022.

Based on the above, this court has removal jurisdiction over this action.

---

[1] Only defendants who have been properly served need join in the removal. 28 U.S.C (b)(2)(A); *Destfino v. Reiswig*, 630 F.3d 952, 956–57 (9th Cir. 2011), citing *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n. 1 (9th Cir.1988), and *Hewitt v. City of Stanton*, 798 F.2d 1230, 1232 (9th Cir.1986) (per curiam).

[2] See Declaration of Colby Holland, attached hereto as Ex. A.

[3] ("[F]raudulent joinder claims may be resolved by 'piercing the pleadings' and considering summary judgment-type evidence such as affidavits and deposition testimony.... Consultants's joinder as a defendant in this action was correctly ignored by the District Court and removal was proper based on diversity of citizenship.") Morris v. Princess Cruises, Inc., 236 F.3d 1061, 1068 (9th Cir. 2001).

*Notice of Removal to Federal Court*
Jason Martin v. Walmart Inc.
Page 2 of 3

Case 3:22-cv-00153-JWS   Document 1   Filed 07/05/22   Page 2 of 4

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

DATED this _____ day of June 2022, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Walmart

By: _____
Kenneth M. Gutsch
Alaska Bar No. 8811186
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: 907-276-5727
Fax: 907-276-2953
E-mail: kgutsch@richmondquinn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by ECF this ____ day of June 2022, on:

Curtis W. Martin
263 S. Alaska St.
Palmer, AK 99645
(907) 746-9800
Fax (907) 746-9802
Curt@CurtMartinLaw.com

_____
RICHMOND & QUINN
I:\2245\2245.092\PLEADINGS\00 WORD DOCS\Notice of Removal to Federal Court.docx

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

*Notice of Removal to Federal Court*
Jason Martin v. Walmart Inc.
Page 3 of 3

Case 3:22-cv-00153-JWS   Document 1   Filed 07/05/22   Page 3 of 4

## DECLARATION OF COLBY HOLLAND

I, Colby Holland, hereby declare as follows:

1. I am the current manager of Walmart store 2074 which is located in Wasilla.
2. The plaintiff alleges he slipped and fell at the Wasilla Walmart on March 10, 2020.
3. I did not work at the Wasilla Walmart Store until September of 2021.
4. I did not have any involvement in supervising the Wasilla store's maintenance operations until September 2021.
5. I was never formally served with the complaint in this case and did not find out about the claim against me until I was contacted by Walmart's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28 day of June 2022.

_____
Colby Holland