Robert P. Blasco, ABA #7710098
HOFFMAN & BLASCO LLC
Box 809 102 Eagle Tree Court
Craig, AK 99921
Telephone: (907) 586-3340
Facsimile: (877) 888-4298
rpblasco@hoffmanblasco.com
rpbparalegal@hoffmanblasco.com

**Attorneys for CBRE, INC.**

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC. d/b/a WALMART SUPERCENTER #2074, <br><br> Defendant, Third-Party Plaintiff, <br><br> v. <br><br> CBRE, INC., VALLEY CAPITAL INC., AND DENALI INDUSTRIAL, LLC., <br><br> Third-Party Defendants, | Case No. 3:22-cv-00153-SLG |

### CBRE, INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT

On November 16, 2023, this Court entered an order granting CBRE's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Improper Venue at Docket 85. The Court also Denied Walmart's Conditional Motion to Amend its Third-Party Complaint. On November 29, 2023, Walmart's Motion for Reconsideration was Denied at Docket 90.

*Martin v. Walmart, Inc. v. CBRE, Inc.*     *Case No. 3:22-cv-153-SLG*
*CBRE, Inc.'s Motion for Entry of Final Judgment*     Page 1 of 3

Case 3:22-cv-00153-SLG    Document 92    Filed 12/05/23    Page 1 of 3

There are no unresolved claims remaining as between Walmart and CBRE and Walmart's Third-Party Complaint against CBRE.

CBRE respectfully requests the Court enter final judgment against Walmart on Walmart's Third-Party Complaint against CBRE.

HOFFMAN & BLASCO, LLC

Dated: December __5__, 2023   By: ___/s/ Robert P. Blasco_____
Robert P. Blasco, AK Bar #7710098
Hoffman & Blasco, LLC
PO Box 809
Craig, AK 99921
Phone: (907) 586-3340
Fax: (877) 888-4298
rpblasco@hoffmanblasco.com
rpbparalegal@hoffmanblasco.com
*Attorneys for CBRE, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that December __5__, 2023 a true and correct copy of the foregoing **CBRE, INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT** was served on the following parties of record by ECF:

Curtis Martin
263 S. Alaska St.
Palmer, AK 99645
curt@curtmartinlaw.com

Kenneth M. Gutsch
360 K Street, Suite 200
Anchorage, AK 99501
kgutsch@richmondquinn.com

Stacey Stone
Richard Moses
Holmes Weddle & Barcott, P.C.
701 West 8th Ave., Suite 700

*Martin v. Walmart, Inc. v. CBRE, Inc.*   Case No. 3:22-cv-153-SLG
*CBRE, Inc.'s Motion for Entry of Final Judgment*   Page 2 of 3
Case 3:22-cv-00153-SLG   Document 92   Filed 12/05/23   Page 2 of 3

Anchorage, AK 99501
sstone@hwb-law.com
rmoses@hwb-law.com

Laura J. Eakes
329 F Street, Suite 200
Anchorage, AK 99501
Reception@walkereakes.com
Laura@walkereakes.com


_____
Shannon K. Costello

*Martin v. Walmart, Inc. v. CBRE, Inc.* Case No. *3:22-cv-153-SLG*
CBRE, Inc.'s Motion for Entry of Final Judgment Page 3 of 3
Case 3:22-cv-00153-SLG     Document 92     Filed 12/05/23     Page 3 of 3